IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DONALD C. HENNESSEY, JR., Plaintiff, | ) | |
| vs | ) | Civil Action No. 18-977 |
| DOLLAR BANK, FSB, Defendant. | ) | |

ORDER

AND NOW, this 12th day of December, 2019, IT IS HEREBY ORDERED that judgment is entered in favor of the defendant, Dollar Bank, FSB, and against the plaintiff, Donald C. Hennessey, Jr.

BY THE COURT:

PATRICIA L. DODGE
United States Magistrate Judge